RACHEL LEHMAIER et al., Respondents, *v.* THE BETTMAN-JOHNSON COMPANY, Appellant.

*Lehmaier* v. *Bettman-Johnson Co.,* 151 App. Div. 937, affirmed.
(Submitted April 1, 1914; decided April 21, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1912, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for an alleged breach of contract.

*Clifford Seasongood* for appellant.

*Nathan Burkan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, COLLIN, CUDDEBACK, HOGAN and HORNBLOWER, JJ. Not voting: CARDOZO, J.